PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE CLARISSA MANLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>    Defendant. | Case No.: 1:20-CV-01608-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 16) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. For Voluntary Remand; Case 1:20-cv-01608-EPG    1

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 21, 2021 | | */s/ Francesco Benavides* * <br> (*as authorized via e-mail on 6/21/21) <br> FRANCESCO BENAVIDES <br> Attorney for Plaintiff |
| Dated: June 21, 2021 | | PHILLIP A. TALBERT <br> Acting United States Attorney <br> DEBORAH LEE STACHEL <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | By: | */s/ Marcelo Illarmo* <br> MARCELO ILLARMO <br> Special Assistant United States Attorney <br><br> Attorneys for Defendant |

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (ECF No. 16), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **June 22, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE